**B6A (Official Form 6A) (12/07)**

In re: **2900 Lakeshore Drive LLC** ,  Case No. _____
                     **Debtor**                                         (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **2900 Lakeshore Drive** <br> **Oakland, California** | **Fee Owner** | | $4,500,000.00 | $3,600,000.00 |
| | | Total ➤ | **$4,500,000.00** | |

(Report also on Summary of Schedules.)